IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-MJ-1123-WW-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.   ) | **ORDER** |
| ) | |
| SALVADOR SERRANO-PORTILLO ) | |
| _____ ) | |

This cause comes before the Court upon Defendant's motion for authorization of funds in excess of eight hundred dollars pursuant to the Criminal Justice Act. (DE-15). Defendant does not speak or understand English, necessitating the services of an interpreter. Defendant requests the Court authorize the payment of funds up to and including $2,000.00 for interpreter services.

Defendant gives no estimate as to the amount of time he anticipates utilizing an interpreter's services, nor does he state an hourly rate for such services. Also, he does not name the interpreter or indicate whether the interpreter is certified. Defendant's motion for authorization for funds for an interpreter (DE-15) is therefore DENIED WITHOUT PREJUDICE. Defendant may submit an amended motion addressing these omissions.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 18th day of July, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE